UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80743-CIV-MARRA

DAVID POSCHMANN,

    Plaintiff,

v.

S & F PROPERTIES OF THE PALM
BEACHES, INC. and MNSB MANAGEMENT,
INC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed in the parties' settlement agreement.

Dated: July 1, 2020

    s/Drew M. Levitt
    DREW M. LEVITT
    drewmlevitt@gmail.com
    Florida Bar No. 782246
    LEE D. SARKIN, ESQ.
    Lsarkin@aol.com
    Florida Bar No. 962848
    4700 N.W. Boca Raton Blvd., Ste. 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922
    Attorneys for Plaintiff