UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80743-CIV-MARRA

DAVID POSCHMANN,

    Plaintiff,

v.

S & F PROPERTIES OF THE
PALM BEACHES, INC. and
MNSB MANAGEMENT, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 9].

THE COURT has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this Cause be, and the same is, hereby DISMISSED with prejudice, with each side to bear his/its own fees and costs, except as otherwise agreed in the parties' settlement agreement.   Fed. R. Civ. P. 41 (a)(1)(A)(i).   Any pending motions are denied as moot.   This case is CLOSED.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of July, 2020.

                              KENNETH A. MARRA
                              United States District Judge